■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PATTERSON, Appellant. — Appeal by defendant from a judgment of the County Court, Westchester County (Marasco, J.), rendered January 18, 1982, convicting him, upon his plea of guilty, of robbery in the first degree, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606.) Mollen, P. J., Mangano, Thompson and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACEY POWELL, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Agresta, J.), rendered May 4, 1981, convicting him of robbery in the second degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. Criminal Term was correct in holding that the showup was unduly suggestive but that there was a sufficient independent source to permit the in-court identification. Mollen, P. J., Mangano, Thompson and Niehoff, JJ., concur.